5:20-cv-00688-MWF(SP)

FILED
CLERK, U.S. DISTRICT COURT
4/3/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD  DEPUTY

3-17-20

To whom it may concern. I have filed a Bivens claim against the employees of the Federal B.O.P. out of OREGON District. This case involves employees out of the Victorville California U.S.P. The District of OREGON does not hold jurisdiction therefore I have completed a Bivens claim against them to be filed in the appropriate ~~division~~ district. I am asking for at least a 6 month extention for the following Reasons.

#1) I am currently housed in the SHU. and do not have any access to my legal work. Due to this coronavirus I probably will be housed in here for a minimum of 4 more months.

#2) I do not have a way to package and send it even if I were granted access to my legal work.

I do not have my case number or access to it but I know it is out of the Oregon District court. Please know that I will file it as soon as I Possibly can. Thank You

Michael Chase Montgomery #21005-081


RECEIVED
CLERK, U.S. DISTRICT COURT
4/2/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD  DEPUTY

